IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNAPP MEDICAL CENTER, et al., <br><br> Plaintiffs <br><br> v. <br><br> SYLVIA MATHEWS BURWELL, in her official capacity as Secretary of the Department of Health and Human Services <br><br> Defendant. | Civil Action No. 15-CV-01663-RMC <br> Hon. Rosemary M. Collyer |

LOCAL CIVIL RULE 7.1 CERTIFICATE
DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Civil Action No. 1:15-cv-01663-RMC
*Knapp Medical Center et al. v. Burwell*

Certificate required by LCvR 7.1 of the Local Rules of the District Court for the District of Columbia:

I, the undersigned, counsel of record for Intervenor Doctors Hospital at Renaissance, Ltd., certify that to the best of my knowledge and belief, DHR Ltd. has approximately 500 partners. DHR Ltd. owns RGV Med LLC. DHR Ltd. shares are only owned by individuals who live locally. Shares can be traded or resold, but only with the permission of the corporation. These representations are made in order that judges of this Court may determine the need for recusal.

*Ryan T. Scarborough (RAO)*
Ryan T. Scarborough (D.C. Bar No. 466956)
Attorney of Record for Doctors Hospital