# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KNAPP MEDICAL CENTER, *et al.*, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SYLVIA MATHEWS BURWELL, in her ) <br> official capacity as Secretary of the Department ) <br> of Health and Human Services, ) <br> ) <br> and ) <br> ) <br> DOCTORS HOSPITAL AT RENAISSANCE, ) <br> ) <br>    Defendants. ) | Case No. 1:15-cv-01663 <br> Hon. Rosemary M. Collyer |

## **NOTICE OF APPEAL**

Notice is hereby given that Knapp Medical Center, McAllen Hospitals, L.P. d/b/a South Texas Health System, and Cornerstone Regional Hospital, L.P. d/b/a Cornerstone Regional Hospital, Plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's order granting the Defendants' motions to dismiss, entered in this action on the 28th day of June, 2016.


Date: August 2, 2016    Respectfully submitted,

*/s/ Marc James Ayers*_____
One of the Attorneys for Plaintiffs Knapp Medical
Center, McAllen Hospitals, L.P., and Cornerstone
Regional Hospital, L.P.

OF COUNSEL
Gregory G. Marshall (D.C. Bar No. 1011327)
Amy E. Garber (D.C. Bar No. 498404)
BRADLEY ARANT BOULT CUMMINGS LLP
1615 L Street, NW, Suite 1350
Washington, DC 20036

(202) 719-8207 (office)
(202) 719-8307 (facsimile)
gmarshall@bradley.com
agarber@bradley.com

Carey B. McRae (admitted *pro hac vice*)
Marc James Ayers (admitted *pro hac vice*)
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, AL 35203
(205) 521-8014 (office)
(205) 488-6016 (facsimile)
cmcrae@bradley.com
mayers@bradley.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2016, the foregoing Plaintiffs' Notice of Appeal was served on the following via the CM/ECF system and first-class mail:

>John K. Villa
>Enu Mainigi
>Ryan Scarborough
>Richard A. Olderman
>Williams & Connolly LLP
>725 Twelfth Street, NW
>Washington, DC 20005
>
>*Attorneys for Defendant*
>*Doctors Hospital at Renaissance*
>
>Steven A. Myers
>Trial Attorney
>Federal Programs Branch
>U.S. Department of Justice, Civil Division
>Post Office Box 883
>Washington, DC 20044
>
>*Attorney for Defendant*
>*Sylvia Mathews Burwell*

>>*/s/ Amy E. Garber*
>>Amy E. Garber